United States District Court Northern
District of IND

'under severe duress'

Richard A. Spann El, in diversity
of jurisdiction / In Sui Juris

VS.

Law Library clerk's Hall &
Drudge @ MCF / IDOC

FILED-

FEB 11 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case #

3:22-cv-115

RE: Prisoner Complaint

Defendants Name & Job title:
1) officer Drudge - Law Library
2) officer Hall - Law Library

work address:
1) 3038 west 850 South
Bunker Hill, MCF/IDOC
2) 3038 west 850 South
Bunker Hill, MCF/IDOC

1) How Many Defendants are you Suing?  2

2) what is the Name & address of the prison: Miami Correctional facility
3038 west 850 South, Bunker Hill, IND

3) Did the event you are Suing about happen there?  YES

4) on what date did the event occur? - between  7-13-21 - 12/2/21

①

(Claim 3 facts)

I, Richard-A: Spann El, Swears under the Pains 3 penalty of perjury to the following and is True 3 Correct So help me. Tetragrammaton..

1) That, Roughly mid July 2021, while housed in AHU-I forwarded a Request to Law Library about Receiving Sertain Documentations towards pursuing in My Legal Methods for Release 3 Honor to the United States of America. The Questioned documents Needed were 'Appeal forms' 3 Case Sites (the case site Specifically were - United States VS. Ephraim (2009)) (Lamonte-El Bey) 3 the appeal forms/procedures for Appeal were towards proper protocol in case# 20D01-1111-MC-02018, where the Lower Courts of Ind. failed to adjudicate 3 Lacked Authority, and the Not Receiving those forms, caused me to have to Be Late in filing an appeal (see dismissal of Appellate case# 21A-CR-2029); as Law Library claimed that they did not Recieve my Request; and Ultimatley I had to 'draw' up the form by hand 3 caused me to Be Atleast 2 weeks Late from the deadline of 30days - for the IND Supreme Courts AppellateRule 9(A). Also Requested Appellate Rules and property.

2) I did Also Request important information for Rules 3 evidence of Indiana UCC articles 8 39, towards Completing proper 'Security Instruments' and Rights of Securities 3 collaterals; in pursuit of proper Nagotiable Instrument Laws of the State of IND; Also Requesting - United States VS. Ephraim (2009) - case site, And Recieved a Letter, in the Mail from Hall 3 (Lamonte El Bey) Dudge; were She's telling me, 'Stop harrassing My Law library workers' an frivolas 'Sovereign Citzen theeries' 3 She's Not forwarding those Request; as well as telling me I am 'Requesting Too Many forms, Stating that "You Know you dont Need All those forms 3 your Not getting them Basically - That Letter I recieved was from Mid August or So... and I believe I Attached it to the grievances I forwarded to the Commissioner 3 Central office No ReSponSe!) ②

(United States vs. Ephraim (2009) (Lamonte El Bey)

(from July tracked Allto My Legal Paperwork) Had as stamps forwarded 11/21

(from July tracked All to My possessions/Properties)

3)- If I Had a grievance and gotten No Response! And also forwarded another grievance in that Matter to the IDOC-Commissioner & executive director Richard Brown-In order to insure 'proper procedures' to the grievance process; Since I've had Hard times with Exhausting Remedies with these grievance Specialist. No Response from Central office. (I have Remittance forms for proof) of Service.

4)- The grievance was pertaining to the Law Libraries ignorance of the Law & hindering My Access to the Courts & for my 'un-A-lien-able' Rights as a Secured party and The Stoppage of that very Important Law/Legal method of 'Securities & Nagotiable instruments' & Nationality; has put me in grave perils & has prejudiced me in multiple ways as there ignorance is stopping them from faithfully discharging their 'Fiduciary duties' as Law Library clerks. Also grievance contained my Sufferings of only Receiving '1' pen a month.

5)- I have Requested Also, Interviews with the Law Library workers for proper disposition of Certain Matters-and I guess due to being in AHU/RHU-Restricted housing, the 'inmate workers' are 'Scared' to Stay @ the door too Long and I can't fully get proper Assistance; as a bunch were Fired & Now Rehired and due to the Mode of Laws I am of Right of pursuing, they Prejudice me as well and don't want to Listen to me or help me as they Reg. There ignorance of Certain Laws makes it hard for me to get things Accomplished.

6)- I file Law Library Request forms weekly for envelopes, paper, and other materials Needed as an Indigent Individual in Regards to Are Inmate Trust Account Debt of Roughly-4,000$; and Dont Recieve anything Needed as perscribed. I have Also forwarded documents in the Mail to Law Library to get copied & I dont have yet to Recieve these certain copies back.

- Then Roughly Oct/Nov of 30 2021; I moved for copies to be made while in the hole ③ & I or You Can't Even See the wording on the Copied Documents (Doc's went to INDS privacet.)

7) Please Contact Central office & Executive director and see why they havent Responded to My Letters or Just Questioning & the once forwarded grievances

8) for 5 months Now I've forwarded Request for Case Site: ① United States vs. Ephraim (2009) Lamonte El Bey, and other Commercial Laws Requested under Indiana Law - So that they cant get confused thinking "ooh U.C.C - No - Bad - Not Real - Sovereign citizen thery!!! Like Little spooks! and still have Not Received any Case sites or Laws Requested - in IC-26-1-8.1-103, or IC 26-1-9-503, or other laws of those ranges of securities, And Uniform Nagotiable instrument Laws Alike; as she; Hall claims she's Not getting my request; (but just a Spann El problem but these ignorant passive inmates dont know or have the paitence in these Lawsuit processes to get Jstice.)

9)- So then on Last week maybe Right before Thanksgiving or Right after; I personally handed a request to Law Library Clerk Hall - @ RHU-103 -(the doc Logbooks will show their 2nd to Last appearance upon RHU). and was done So the 'Negate' her claims that she's Not getting the request, threw the mail, The request was for paper, pens, envelopes; clerk interview; ~~And~~ ~~to make copies!~~ case site: (United States vs. Ephraim (2009)) Lamonte El Bey. She appears back in RHU- on 12/2/21 - @ Roughly 10:45 & 11:15 AM. And Just to Inform ~~Me~~ that, She has No paper; No envelopes, "copy machine broke" cant make copies; and says still, "that she hasnt Received my Request! Then I Remind her, "I gave you the request @ my Door RHU 103 personally; Remember" Then her, response ; "well... I've been bussy & havent had the time to do much of Any thing! The entire 100 Range heard her save of witness Along w/ her own Inmate workers.

10) further More as of 1/3/22 or so MCF has been on Lockdown & Ms. Hall Said She's Not Giving out Any supplies to Anyone And we while we are on Lockdown & that the Copy Machines Are broken (4)

*[Right margin, vertical text:] Given certain Lockdowns as this Lawsuit Fights to Access Records Contract Laws ...*

*[Right margin, vertical text, bottom:] ... so they can Make Copies - No supplies Are to be Given? Staid paperwork; I cant order for paper pens; enveloped and these surpasses Supose to ...*

- Conclusion - Reliefs Sought -

- I go threw 'pens' atleast every other week; & Informed LawLibrary my Need for pens; and for 2months they were Suppsedly 'out of pens'. So @ times I've had to use pencils, given from the case workers (but Lo; behold) the pencil sharpener in the RHU is broken! also; for paper - I've had to Sell my 'food' to ~~inmates~~ inmates, Due To I, being Indigent & Case workers Cannot give out Supplies as such; This is a grave peril situation and is causing me much distress. And is a denial and Access to the Courts issue. As Hall kept saying she wasn't Getting my request for paper/email (Just to have paper) (see backside of this Lawsuit.)

- ~~this~~ due to the claims above are why I have to use copies that are for my files; in order to Relay these claims, and/or sell my food on a Regular basis, in order to Keep up with my Legal work & Meet Deadlines, in order To Not go into Defaults, dismissals & Dishonors; and is causing Anxiety issues, weight loss problems; Some days I have to go hungry in order to buy Someones pen & paper ~~that~~ envelopes; that inmates buy off of Commissary; that I ultimatly dont have the funds handy to Buy; hence is why I Need the 'Legal Matters' for being a 'Note Maker' and drawing my own Nagotiable - > Non-Nagotiable instruments to try & discharge/set-off or Pay my state Debts towards proceeding in Honor & Acceptance.

- I dont want to be half stepping in my Knowledge of Certain Legal matters, and I am doing everything I possibly can on my own to get Justice & for these 'Indiana Employees' to uphold their oaths; and aswell as Honoring my Liabilities & oaths in securing Good faith as a Secured party & walking in the Light of Love, truth, Peace, freedom & Justice as a proclaimed Diplomate & Sovereign Immunities, and the Neglegance or Malicous - Malice - Intentful acts or inactions by MCF Staff & LawLibrary and hindering my Rightful-Unmolested access to the Courts, and putting me in grave perils, Anxiety, PTSD, weight loss (5)

see Last Attachment to This Suit

(Copies; Ms. Hall-Law. Lib Super. Said we Can no longer get supplies unless we bring To Law Library, we've been on Lockdown for 3weeks Now; Cant get supply and other Mental disparities; Anguishes; because Hall; Drudge Dont want to do more work than they have to..... ; this is the thought Pattern of A great Majority of faculty here @ MCF.

- Relief Sought -

1) Hall; Drudge - to be relieved of their duties of Law Library fiduciaries; who may I Say; Cant even do Notary Publics signatures; as they arent Authorized and Cannot even get the 'Pacer' System Codes; to see important govt. findings that I am in Need of.

2) force MCF To hire; train Law Library clerks/officers who are of True fiduciaries; can Notarize Documents; are More educated @ Law.

3) Accept the enclosed -Non-Nagotiable Instrument to pay for the filing fee in this Matter - as This is Notan ~~Imment~~ Imminent threat of Danger matter and I Cannot proceed w/o payment here to. Instrument is Pre-Paid; the Accounts are Exempt from 3rd party Levy - Instrument is Drawn under 28 USCS 2041; 2042; 31 USC §9305; Articles 8; 9 of the I.U.S.C and are Secured @ the Courts Registry Investment Systems-CRIS; The Registry Administrative Accounts under the district Courts Authority; Agencies; Securities; funds Can also be Drawn from Any Escrow agency having Accounts/collaterals/securities Attached to My Corporate Thst of; UCC-1# P19006259-8; Escrow accounts also found @ the American bankers associations, or the IND State treasury or the United States treasury, or Inthist; proceeds held as collaterals under case# 20 POI-1111-MC-02018; specific 3rd party escrow Agencies uKnown to the Secured party, But are Clearly Known to your U.S.D.C or 7th Circuit Court ad an Pre Paid Accounts. And are My Private Property and all under my Authority.. (Control)

6

4) Pending Habeas Relief - Transfer to Westville Correctional facility, were my Law Library ordeals were handled properly and consistantly, or grant leave on my own Recognizance.
See Case # 20D01-1111-MC-02018 ; Appeal Case # 21A-CR-2027

5) $250,000 USD Demand

5A) See: case Hebbe V. Pliler, 627 F.3d 338 (9th cir. 2010), Lost Appeal due to L.L Not given proper Access to file Appeal (See Paragraph D)

6) Full Restoration of Rights ; other Reliefs Warranted.

7) discharge the Inmate trust Account DOC# 178770 ; charge the Account DOC# @ 25,000$ for proper use of My funds.

- These events happened after sentenced

8) Preliminary Injunction; Restraining order; Release to Home Detention

- Grievances were filed ; are being filed again - have not received Response (please contact IDOC - central office ; Commissioner for Already forwarded grievances to their offices) Augst/Sept. or so) And the Request ; grievances I do have; I need copies Made because I am also doing an Injunction for consistant violations of my Rights.

for this most/matter

date: 1/19/22

(s) "L. S."

With Prejudice!

(P.S.) Please send a Copy Back for my file - No copy machine.

In sui Joris /under Severe duress

See Case # Trujillo v. Williams, 465 F.3d 1210 (10 cir. 2006); Maranye V. Fontenot, 879 F. Supp. 679 (E.D. Tex. 1995). Prisoners who cannot use their ___ due to disciplinary seg or other extra-restrictive conditions must have meaningful Access to the courts. Some prisons use a system where a Request for material are used - courts held that w/ added measures, such systems violate Rights to Access courts