# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RICHARD A SPANN-EL
Under severe duress, in diversity of jurisdiction / In sui Juris

       Plaintiff

  v.

                                                                                                               Civil Action No.  3:22-cv-115

HALL
Officer, Law Library Clerk @ MCF/IDOC

DRUDGE
Officer, Law Library Clerk @ MCF / IDOC

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr.

DATE: 3/16/2022                                             GARY T. BELL, CLERK OF COURT

by   s/ A.Durnell

*Signature of Clerk or Deputy Clerk*